**No. 67544.**—S. Bernard Schwartz, Inc. *v.* United States, protest 61/6229 (Cleveland).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the actual copper content in the brass rods in issue was 61.14 percent rather than 68.3 percent, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry accordingly.

MARCH 25, 1963

**No. 67545.**—APPEAL 5122.—Dolliff & Co. *v.* United States.—

—C.D. 2356. Appeal dismissed January 8, 1963.